B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bacchus Fresh International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4458129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**4 Black Twig Road**<br>**Rolling Meadows, IL**<br><br>ZIP Code **60008** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1920 South Highland Avenue**<br>**Suite 125**<br>**Lombard, IL 60148** |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bacchus Fresh International, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **Robert M. Jajkowski** | Case Number:  **11-11952** | Date Filed:  **3/22/11** |
|---|---|---|
| District:  **Northern District of Illinois** | Relationship:  **Affiliate** | Judge:  **Pamela S. Hollis** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Bacchus Fresh International, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**April 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert M. Jajkowski**
Signature of Authorized Individual

**Robert M. Jajkowski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Bacchus Fresh International, Inc.**                          ,      Case No. _____

                                     Debtor             Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 697,813.87 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,542,480.92 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 12,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 1,581,419.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 697,813.87 | | |
| Total Liabilities | | | | 3,136,400.06 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bacchus Fresh International, Inc.**                                    ,   Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Bacchus Fresh International, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Bacchus Fresh International, Inc.**                                          ,    Case No. _____
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank Corporate Checking Account ending 7040 (subject to PACA Trust TRO)** | - | 0.00 |
| | | **Harris Bank Corporate Deposit Account ending 0646 (subject to PACA Trust TRO)** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Dan Development Ltd.** | - | 3,588.00 |
| | | **Security Deposit held Palestroni Management, LLC** | - | 5,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 8,788.00 |
| (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bacchus Fresh International, Inc.**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **3/14/11 Book Value of Accounts Receivable** | - | 283,806.98 |
| | | **Shareholder Loans owing from Robert Jajkowski** | - | 178,500.00 |
| | | **Shareholder Loans owing from David Esterline** | - | Unknown |
| | | **Shareholder Loans owing from Ana Meza** | - | Unknown |
| | | **Repayments due from growers Agricola Macarena, Copefrut, Cruxagri, El Almendro, Montever, and Noble.** | - | 192,718.89 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 655,025.87 |
| (Total of this page) | |

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.**                                          ,     Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Tort and Contract Claims against Hernan Brave for Breach of Employment Agreement** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **USDA Perishable Agriculture License ending 1370** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Mercedes-Benz E350W4 (Leased - currently being stored at home of Debtor's President, Robert Jajkowski)** | - | 0.00 |
| | | **2011 BMW 335** | - | 34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **7 Desks, Credenza, File Cabinet, Bookcase, Table & Chairs, 5 Office Chairs, Conference Table, 15 Filing Cabinets, 2 Fax Machines, Copier, 2 Printers, Check Scanner, 11 Computers, 3 Servers, Phone System, 2 Lamps, Postage Machine, Cabinet, 10 Waste Baskets, 2 Adding Machines, Misc. Office Supplies, Fridge, Stove, Space Heating, Microwave, Misc. Decorations, Coffee Pot, Toaster Over, Blender, Misc. Kitchenware, Pantry Cabinet, 4 Lights, Lock, Telecom Rack, 8 Toner Cartridges, 2 Moniters, Firwall, Hub, Netgear Switch, Fax/Copier, 3 Keyboards, 3 CRT Monitors, Shredder, 5 Dry Erase Cabinets, Water Cooler** | - | Unknown |

Sub-Total >            **34,000.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Bacchus Fresh International, Inc.**                                          ,         Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **697,813.87** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Bacchus Fresh International, Inc.**                   Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BMW Bank of North America Regional Service Center PO Box 3608 Dublin, OH 43016** | X | - | **2010** <br>**Retail Installment Contract - Motor Vehicle** <br>**2011 BMW 335** <br><br> Value $     **34,000.00** | | | | **62,628.16** | **28,628.16** |
| Account No. **xxx-xxxxxxxx-x01-99** <br><br>**Harris N.A. 111 West Monroe Street Chicago, IL 60690** | | - | **2010** <br>**Mortgage** <br>**Blanket Lien** <br><br> Value $     **Unknown** | | | | **1,479,852.76** | **Unknown** |
| Account No. <br><br>**Chapman & Cutler LLP 111 West Monroe Street, Suite 1600 Chicago, IL 60603** | | | **Representing:** <br>Harris N.A. <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> | | | <br><br> Value $ | | | | | |

| | | |
|---|---|---|
|   **0**   continuation sheets attached | Subtotal <br>(Total of this page) | **1,542,480.92**      **28,628.16** |
| | Total <br>(Report on Summary of Schedules) | **1,542,480.92**      **28,628.16** |

B6E (Official Form 6E) (4/10)

In re __Bacchus Fresh International, Inc._____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Bacchus Fresh International, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 2011 and prior year | | | | | | |
| **David Esterline** **1909 S. State Street, Unit 2** **Chicago, IL 60616** | - | | | **Wage Claim** | | | X | | | 775.00 |
| | | | | | | | | 12,500.00 | | 11,725.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 775.00 | | |
| 12,500.00 | 11,725.00 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re **Bacchus Fresh International, Inc.** ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx8129** | | | 2010 and prior years | | | | | | |
| Illinois Department of Employment Sec. 33 South State Street, 10th Floor Chicago, IL 60603 | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. **xx-xxx8129** | | | 2010 and prior years | | | | | | |
| Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. **xx-xxx8129** | | | 2010 and prior years | | | | | | |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | Subtotal | 0.00 | |
|---|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 0.00 | 0.00 |
| | Total | 775.00 | |
| | (Report on Summary of Schedules) | 12,500.00 | 11,725.00 |

B6F (Official Form 6F) (12/07)

In re **Bacchus Fresh International, Inc.** , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**3 Brothers Produce**<br>**200 S. 10th Street #1608**<br>**McAllen, TX 78501** | - | | **2010**<br>**Trade Debt** | X | X | X | 8,038.50 |
| Account No. **1301** <br><br>**A & G Carriers**<br>**593 Blackwood Clementon Road**<br>**Suite 150**<br>**Clementon, NJ 08021** | - | | **2011 and prior  years**<br>**Trade Debt** | X | X | X | 4,560.00 |
| Account No. <br><br>**ADP**<br>**100 Northwest Point Blvd.**<br>**Elk Grove Village, IL 60007** | - | | **2011**<br>**Services** | X | X | X | 3,910.27 |
| Account No. <br><br>**Transworld Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**ADP** | | | | **Notice Only** |
| __22__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **16,508.77** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    S/N:20289-110315   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx-xxxxx8647** | | | | 2011 Services | | | | |
| **ADT 600 Sylvan Ave, 4th Floor Englewood Cliffs, NJ 07632** | - | | | | X | X | X | 159.17 |
| Account No. **3389** | | | | 2010 Trade Debt | | | | |
| **Agricola y Comercial Cabilfrut S.A. Americo Vespucio Norte 2229 Santiago, Chile CHILE** | - | | | | X | X | X | 73,977.57 |
| Account No. | | | | Representing: **Agricola y Comercial Cabilfrut S.A.** | | | | |
| **Araya & Cia Cruz del Sur 133, Oficina 902 Las Condes, Santiago, Chile CHILE** | | | | | | | | Notice Only |
| Account No. **x9284** | | | | 2010 Trade Debt | | | | |
| **Agroexport LLC 9800 S. Keystone Dr. Pharr, TX 78577** | - | | | | X | X | X | 141,037.00 |
| Account No. | | | | Representing: **Agroexport LLC** | | | | |
| **Michael J. Keaton, Esq. 1278 W. Northwest Hwy, Suite 903 Palatine, IL 60067** | | | | | | | | Notice Only |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

215,173.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Bacchus Fresh International, Inc.** _____ ,    Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1226** <br><br> **Alpine Water** <br>**PO Box 94436** <br>**Las Vegas, NV 89193** | - | | **2011** <br>**Services** | X | X | X | **23.88** |
| Account No. **x9296** <br><br> **Amazon Produce Network, LLC** <br>**546 Franklinville Road** <br>**Mullica Hill, NJ 08062** | - | | **2010** <br>**Trade Debt** | X | X | X | **5,736.00** |
| Account No. **xxxxx4100** <br><br> **AT&T** <br>**PO Box 1829** <br>**Alpharetta, GA 30023** | - | | **2011** <br>**Services** | X | X | X | **1,073.70** |
| Account No. **x9466** <br><br> **AW Produce Co, Inc.** <br>**2300 Votech Dr.** <br>**Weslaco, TX 78598** | - | | **2010** <br>**Trade Debt** | X | X | X | **8,080.00** |
| Account No. <br><br> **Craig A. Stokes** <br>**3330 Oakwell Court, Suite 225** <br>**San Antonio, TX 78218** | | | **Representing:** <br>**AW Produce Co, Inc.** | | | | **Notice Only** |

Sheet no. __**2**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,913.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.**                                   ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Erin Kathryn Russell**<br>**505 N. Lake Shore Drive, Suite 2305**<br>**Chicago, IL 60611** | | | **Representing:**<br>**AW Produce Co, Inc.** | | | | **Notice Only** |
| Account No. **x4607**<br><br>**B D Tropical, Inc.**<br>**3002 Santa Lydia**<br>**Mission, TX 78572** | - | | **2010**<br>**Trade Debt** | X | X | X | **10,662.00** |
| Account No. **xxxx-xxxx-xxxx-5528**<br><br>**Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | | | **2011 and prior years**<br>**Periodic Purchases** | X | X | X | **3,260.58** |
| Account No. **x9020**<br><br>**Bestway Transportation, Inc.**<br>**PO Box 195**<br>**Plymouth, OH 44865** | - | | **2010**<br>**Trade Debt** | X | X | X | **220.00** |
| Account No. **BACCHUS**<br><br>**Bifulcos Four Seasons Cold Storage**<br>**590 Almond Road**<br>**Pittsgrove, NJ 08318** | - | | **2011 and prior years**<br>**Trade Debt** | X | X | X | **12,889.78** |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,032.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9814** <br><br> **Blue Book Services** <br> **845 E. Geneva Rd.** <br> **Geneva, IL 60138** | - | | **2011** <br> **Trade Debt** | X | X | X | **925.00** |
| Account No. **8055** <br><br> **Buckboard Produce, LLC** <br> **608 9th Street** <br> **Greeley, CO 80631** | - | | **2011** <br> **Trade Debt** | X | X | X | **7,526.28** |
| Account No. **x4603** <br><br> **C & A Truck Brokerage, Inc.** <br> **8000 E. Trenton Rd.** <br> **Edinburg, TX 78539** | - | | **2011 and prior year** <br> **Trade Debt** | X | X | X | **29,923.00** |
| Account No. <br><br> **Advance Business Capital LLC** <br> **PO Box 610028** <br> **Dallas, TX 75261** | | | **Representing:** <br> **C & A Truck Brokerage, Inc.** | | | | **Notice Only** |
| Account No. **3501** <br><br> **C.I. Wolf & Wolf Latin America Ltda.** <br> **Diagonal 127 A No. 20-31, Oficina 204** <br> **Bogota, D.C. Colombia** <br> **COLOMBIA** | - | | **2010** <br> **Trade Debt** | X | X | X | **47,390.00** |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,764.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Bacchus Fresh International, Inc.**_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1618**<br><br>**Carapella Enterprises, Inc.**<br>**1515 Rosalie Avenue**<br>**Bensalem, PA 19020** | | - | **2011 and prior year**<br>**Trade Debt** | X | X | X | 1,100.00 |
| Account No.<br><br>**Carrier Equipment, Inc.**<br>**915 Middle River Drive #414**<br>**Fort Lauderdale, FL 33304** | | - | **2010**<br>**Trade Debt** | X | X | X | 250.00 |
| Account No. **xxxx-xxxx-xxxx-7049**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | X | - | **2011 and prior years**<br>**Periodic Purchases** | X | X | X | 26,179.53 |
| Account No. **x4514**<br><br>**Cohn Produce Company, Inc.**<br>**1354 Harpers Lane**<br>**Huntingdon Valley, PA 19006** | | - | **2010**<br>**Trade Debt** | X | X | X | 5,400.00 |
| Account No. **3117**<br><br>**Colimex, Inc.**<br>**PO Box 899**<br>**Weslaco, TX 78599** | | - | **2011**<br>**Trade Debt** | X | X | X | 9,300.00 |

Sheet no. __**5**___ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,229.53

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxx3768** | | | | | **2011**<br>**Services** | | | | |
| **Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | - | | | | | X | X | X | |
| | | | | | | | | | **95.90** |
| Account No. **x4658** | | | | | **2010**<br>**Services** | | | | |
| **Computer View**<br>**2035 S. Arlington Heights Rd., Suite 121**<br>**Arlington Heights, IL 60005** | - | | | | | X | X | X | |
| | | | | | | | | | **2,741.13** |
| Account No. **x9285** | | | | | **2010**<br>**Trade Debt** | | | | |
| **Continental Fresh LLC**<br>**PO Box 1017**<br>**San Antonio, TX 78294** | - | | | | | X | X | X | |
| | | | | | | | | | **18,038.30** |
| Account No. | | | | | | | | | |
| **Craig A. Stokes**<br>**3330 Oakwell Court, Suite 225**<br>**San Antonio, TX 78218** | | | | | **Representing:**<br>**Continental Fresh LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Erin Kathryn Russell**<br>**505 N. Lake Shore Drive, Suite 2305**<br>**Chicago, IL 60611** | | | | | **Representing:**<br>**Continental Fresh LLC** | | | | **Notice Only** |

Sheet no. __6__ of __22__ sheets attached to Schedule of                                    Subtotal                  **20,875.33**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.** _____,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Copefrut S.A.**<br>**Logitudinal Sur Km. 185**<br>**Casilla 22 D Curicó Chile**<br>**CHILE** | - | | | **2010**<br>**Trade Debt** | X | X | X | 58,558.02 |
| Account No. **xxxx6265**<br><br>**Crystal Rock**<br>**PO Box 10028**<br>**Waterbury, CT 06725** | - | | | **2011**<br>**Services** | X | X | X | 89.69 |
| Account No. **125**<br><br>**Dan Development Ltd.**<br>**One Trans Am Plaza Dr., Suite 120**<br>**Oakbrook Terrace, IL 60181** | - | | | **2008**<br>**Lease Deficiency** | X | X | X | 136,418.00 |
| Account No. **x4523**<br><br>**Dandrea Produce, Inc.**<br>**3665 N. Mill Road**<br>**Vineland, NJ 08360** | - | | | **2011**<br>**Trade Debt** | X | X | X | 6,150.00 |
| Account No. **xx8515**<br><br>**Delta Produce**<br>**2001 S. Laredo St.**<br>**San Antonio, TX 78207** | - | | | **2010**<br>**Trade Debt** | X | X | X | 3,050.65 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,266.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx0208** | | | | | **2010** **Trade Debt** | | | | |
| **Duda Farm Fresh Foods, Inc.** **PO Box 620257** **Oviedo, FL 32762** | - | | | | | X | X | X | |
| | | | | | | | | | **6,426.00** |
| Account No. | | | | | | | | | |
| **Rynn & Janowswky, LLP** **4100 Newport Place Drive, Suite 700** **Newport Beach, CA 92660** | | | | | Representing: **Duda Farm Fresh Foods, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Teeple Leonard & Erdman** **175 W. Jackson Blvd., Suite 240** **Chicago, IL 60604** | | | | | Representing: **Duda Farm Fresh Foods, Inc.** | | | | **Notice Only** |
| Account No. | | | | | **2010** **Trade Debt** | | | | |
| **Empacadora Mavi, S.A. de C.V.** **Seccion Escobedo Apdo. Postal #175** **Montemorelos NUEVO LEON** **MEXICO** | - | | | | | X | X | X | |
| | | | | | | | | | **69,728.60** |
| Account No. | | | | | | | | | |
| **La Esperanza Exportaciones SA de CV** **Calzada del valle #400 despacho 1214** **San Pedro Garza Garcia** **Nuevo Leon, Mexivo CP. 66220** **MEXICO** | | | | | Representing: **Empacadora Mavi, S.A. de C.V.** | | | | **Notice Only** |

Sheet no. __**8**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,154.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bacchus Fresh International, Inc.**                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4543** <br><br> **Empire Produce, USA, LLC** <br> **200 N. McColl Rd., Suite B** <br> **McAllen, TX 78501** | - | | **2011** <br> **Trade Debt** | X | X | X | 18,800.00 |
| Account No. <br><br> **Export Transport Company** <br> **136 Mohawk Street** <br> **Newark, NJ 07114** | - | | **2011** <br> **Trade Debt** | X | X | X | 4,550.70 |
| Account No. **xxxx-x975-4** <br><br> **FedEx Corp. Revenue Services** <br> **3965 Airways** <br> **Module G** <br> **Memphis, TN 38116** | - | | **2011** <br> **Trade Debt** | X | X | X | 433.94 |
| Account No. <br><br> **Frusol** <br> **40 Wynford Drive, Suite 201** <br> **Toronto, Ontario M3C 1J5** <br> **CANADA** | - | | **2010** <br> **Trade Debt** | X | X | X | 26,144.12 |
| Account No. <br><br> **Frutas Piuranas SAC** <br> **Mx. A. Lote Urb San Eduardo** <br> **Piura PAITA** <br> **PERU** | - | | **2010** <br> **Trade Debt** | X | X | X | 96,237.41 |

Sheet no. __9___ of __22__ sheets attached to Schedule of                          Subtotal                146,166.17
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Garcia Ballester, S.L.**<br>**Partida Vintims S/N**<br>**12530 Burriana (Castellon)**<br>**Spain**<br>**SPAIN** | - | | **2010**<br>**Trade Debt** | X | X | X | **61,213.00** |
| Account No.<br><br>**Mapfre**<br>**Carretera de Pozuelo**<br>**52-2822 Majadahonda Madrid**<br>**Spain**<br>**SPAIN** | | | **Representing:**<br>**Garcia Ballester, S.L.** | | | | **Notice Only** |
| Account No.<br><br>**SGA Collections**<br>**4700 NW Boca Raton Blvd, Suite 201**<br>**Boca Raton, FL 33431** | | | **Representing:**<br>**Garcia Ballester, S.L.** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 3742**<br><br>**GE Money Bank**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | - | | **2011**<br>**Periodic Purchases** | X | X | X | **466.96** |
| Account No. **xxxx-xxxx-xxxx-8894**<br><br>**Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** | X - | | **2010**<br>**Periodic Purchases** | X | X | X | **950.35** |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,630.31**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8886** | | | 2011 and prior years<br>Periodic Purchases | | | | |
| Harris N.A.<br>PO Box 0755<br>Chicago, IL 60690-0755 | X | - | | X | X | X | 2,679.61 |
| Account No. **xl012** | | | 2011<br>Trade Debt | | | | |
| Hellmann Perishable Logistics<br>10450 Doral Blvd<br>Miami, FL 33178 | | - | | X | X | X | 540.00 |
| Account No. | | | 2011<br>Trade Debt | | | | |
| Holt Logistics Corp./Gloucester Terminal<br>101 S. King St.<br>Gloucester City, NJ 08030 | | - | | X | X | X | 4,663.80 |
| Account No. **xx0203** | | | 2011 and prior years<br>Trade Debt | | | | |
| Jerue Truck Broker Inc.<br>3200 Flightline Dr., Suite 202<br>Lakeland, FL 33811 | | - | | X | X | X | 13,166.00 |
| Account No. **x2205** | | | 2010<br>Trade Debt | | | | |
| JTP Management<br>800 Ellis Mill Road<br>Glassboro, NJ 08028 | | - | | X | X | X | 3,170.00 |

Sheet no. _**11**_ of _**22**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **24,219.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4550** <br><br> **Krichmar Produce Co.** <br> **1370 S. Main Rd. PMB 135** <br> **Vineland, NJ 08360** | - | | **2011** <br> **Trade Debt** | X | X | X | 160.00 |
| Account No. **xxxxxxxx0026** <br><br> **Lenk Transporation** <br> **PO Box 726** <br> **Benton Harbor, MI 49023** | - | | **2011 and prior years** <br> **Trade Debt** | X | X | X | 11,447.00 |
| Account No. <br><br> **Loberg, Miki & Associates, LLP** <br> **202A Campbell Street** <br> **Geneva, IL 60134** | - | | **2011 and prior years** <br> **Services** | | | | 3,332.00 |
| Account No. **x-xxxxx3119** <br><br> **Loop Cool Storage** <br> **4001 Ursula Avenue** <br> **McAllen, TX 78503** | - | | **2010** <br> **Trade Debt** | X | X | X | 7,885.00 |
| Account No. **BACASS** <br><br> **Lucca Freezer & Cold Storage, Inc.** <br> **2321 Industrial Way** <br> **Vineland, NJ 08360** | - | | **2011 and prior year** <br> **Trade Debt** | X | X | X | 1,522.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **24,346.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bacchus Fresh International, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8928**<br><br>**Lucca Trucking, LLC**<br>**2321 Industrial Way**<br>**Vineland, NJ 08360** | - | | | **2011**<br>**Trade Debt** | X | X | X | 1,155.00 |
| Account No.<br><br>**M & M West Coast Produce, Inc.**<br>**18911 Portola Drive, Suite C**<br>**Salinas, CA 93908** | - | | | **2010**<br>**Trade Debt** | X | X | X | 3,920.00 |
| Account No. **BACFRE**<br><br>**Martex Farms, SE**<br>**PO Box 3402**<br>**Carolina, PR 00984** | - | | | **2010**<br>**Trade Debt** | X | X | X | 15,808.61 |
| Account No. **x9488**<br><br>**MBG Marketing, Inc.**<br>**6940 9th Street South**<br>**Saint Petersburg, FL 33705** | - | | | **2010**<br>**Trade Debt** | X | X | X | 2,160.00 |
| Account No. **x7751**<br><br>**McAllen Tropicpak, Inc.**<br>**6513 South 27th Street**<br>**McAllen, TX 78503** | - | | | **2011**<br>**Trade Debt** | X | X | X | 1,665.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,708.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.** _____ ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4524**<br><br>McDaniel Fruit Co.<br>PO Box 2588<br>Fallbrook, CA 92088 | - | | 2011<br>Trade Debt | X | X | X | 3,264.00 |
| Account No. **xxxxxx2020**<br><br>Mercedes Benz Credit<br>PO Box 685<br>Roanoke, TX 76262 | - | | 2010<br>Lease Deficiency | X | X | X | 22,830.60 |
| Account No. **x7738**<br><br>Meuers Law Firm, P.L.<br>5395 Park Central Court<br>Naples, FL 34109 | - | | 2011<br>Trade Debt | X | X | X | 17,126.55 |
| Account No. **x0205**<br><br>Mex Flores Produce Co., Inc.<br>2216 Silver St.<br>Houston, TX 77007 | - | | 2010<br>Trade Debt | X | X | X | 7,545.00 |
| Account No.<br><br>Mike's Loading Service, Inc.<br>1802 S. Expressway 281<br>Edinburg, TX 78539 | - | | 2011 and prior years<br>Trade Debt | X | X | X | 31,357.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **82,123.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.**                                    ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxx336-9**<br><br>**New Jersey Dept. Agriculture**<br>**PO Box 330**<br>**Trenton, NJ 08625** | - | | **2010**<br>**Trade Debt** | X | X | X | **162.88** |
| Account No. **x-x4538**<br><br>**New Mundoexport Fruits, Inc.**<br>**PO Box 8906**<br>**Hidalgo, TX 78557** | - | | **2011**<br>**Trade Debt** | X | X | X | **37,320.00** |
| Account No. **BACFRELOM**<br><br>**OHL-International**<br>**7101 Executive Center Drive, Suite 333**<br>**Brentwood, TN 37027** | | | **2011 and prior year**<br>**Trade Debt** | X | X | X | **18,092.89** |
| Account No.<br><br>**Barthco International, Inc.**<br>**The Navy Yard**<br>**5101 S. Broad Street**<br>**Philadelphia, PA 19112** | | | **Representing:**<br>**OHL-International** | | | | **Notice Only** |
| Account No.<br><br>**Palestroni Management, LLC**<br>**333 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | - | | **2010**<br>**Lease Deficiency** | X | X | X | **62,400.00** |

Sheet no. __**15**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**117,975.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7-603**<br><br>**Philadephia Cargo**<br>**108 N. Keswick Ave.**<br>**Glenside, PA 19038** | - | | **2010**<br>**Trade Debt** | X | X | X | 498.00 |
| Account No. **xxxxxx5-003**<br><br>**Pitney Bowes**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926** | - | | **2011**<br>**Trade Debt** | X | X | X | 418.00 |
| Account No. **xxC001**<br><br>**Plantation Produce Co.**<br>**805 Trinity St.**<br>**Mission, TX 78572** | - | | **2011**<br>**Trade Debt** | X | X | X | 2,310.00 |
| Account No.<br><br>**Produce Inspectors**<br>**8500 NW 17 Street, Suite 105**<br>**Doral, FL 33126** | - | | **2011 and prior year**<br>**Trade Debt** | X | X | X | 6,400.00 |
| Account No. **xxcc01**<br><br>**Produce Plus**<br>**8 Greenwood Ave.**<br>**Romeoville, IL 60446** | - | | **2011 and prior year**<br>**Trade Debt** | X | X | X | 7,315.40 |

Sheet no. **_16_** of **_22_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,941.40

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Bacchus Fresh International, Inc.__ ,                      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Trade Debt | | | | |
| **Queiroz Galvao Alimentos S.A. Rua Padre Carapuceiro, 733 - 6 andar Ed. Empresarial Center - Boa Viagem Recife-PE-Brazil CEP 51 CEP: 20040-901 BRAZIL** | - | | | X | X | X | **83,431.00** |
| Account No. | | | | | | | |
| **Norris McLaughlin & Marcus, P.A 721 Route 202-206 Bridgewater, NJ 08807** | | | Representing: Queiroz Galvao Alimentos S.A. | | | | **Notice Only** |
| Account No. | | | 2010 Trade Debt | | | | |
| **RCF Produce, Inc. 6500 S. 23rd Suite 12 McAllen, TX 78503** | - | | | X | X | X | **2,400.00** |
| Account No. **x4654** | | | 2011 Trade Debt | | | | |
| **Rio Queen Citrus, Inc. 4012 E. Goodwin Rd. Mission, TX 78574** | - | | | X | X | X | **11,259.00** |
| Account No. **x9209** | | | 2011 Trade Debt | | | | |
| **Sam Patterson Truck Brokers, Inc. PO Box 3838 Plant City, FL 33563** | - | | | X | X | X | **2,040.00** |

Sheet no. __17__ of __22__ sheets attached to Schedule of                Subtotal                **99,130.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**San Clemente**<br>**Av. del Valle N 787, Of. 503**<br>**Ciudad Empresarial, Huechuraba,**<br>**Santiago**<br>**CHILE** | - | | | **2010**<br>**Trade Debt** | X | X | X | 80,880.00 |
| Account No. **Bacchus**<br><br>**Sanchez Hass Avocados, Corp.**<br>**6800 S. Ware Road #104**<br>**McAllen, TX 78503** | - | | | **2010**<br>**Trade Debt** | X | X | X | 7,560.00 |
| Account No. **xx1517**<br><br>**Schepisi & McLaughlin P.A.**<br>**PO Box 1313**<br>**Englewood Cliffs, NJ 07632** | - | | | **2011**<br>**Trade Debt** | X | X | X | 2,248.98 |
| Account No. **x9471**<br><br>**Seald Sweet LLC**<br>**PO Box 823383**<br>**Philadelphia, PA 19182** | - | | | **2011 and prior year**<br>**Trade Debt** | X | X | X | 16,069.00 |
| Account No. <br><br>**Sociedad Agricola Saturno S.A.**<br>**Av Salaverry #3555**<br>**San Isidro LIMA**<br>**PERU** | - | | | **2010**<br>**Trade Debt** | X | X | X | 0.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **106,757.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.**                                   ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9270**<br><br>Sun Tropical Foods, LLC<br>14607 Sand Pedro Suite 820<br>San Antonio, TX 78232 | - | | 2010<br>Trade Debt | X | X | X | 11,620.00 |
| Account No.<br><br>Craig A. Stokes<br>3330 Oakwell Court, Suite 225<br>San Antonio, TX 78218 | | | Representing:<br>Sun Tropical Foods, LLC | | | | Notice Only |
| Account No.<br><br>Erin Kathryn Russell<br>505 N. Lake Shore Drive, Suite 2305<br>Chicago, IL 60611 | | | Representing:<br>Sun Tropical Foods, LLC | | | | Notice Only |
| Account No. **xx2734**<br><br>Taga Distributing<br>923 E. Produce Rd.<br>Hidalgo, TX 78557 | - | | 2010<br>Trade Debt | X | X | X | 198.00 |
| Account No. **xxC858**<br><br>Time Dispatch Services, Inc.<br>PO Box 26855<br>Salt Lake City, UT 84126 | - | | 2011 and prior year<br>Trade Debt | X | X | X | 5,525.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,343.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bacchus Fresh International, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1249**<br><br>Tom Lange Co.<br>16W277 83rd Street, Suite A<br>Burr Ridge, IL 60527-7951 | - | | 2010<br>Trade Debt | X | X | X | 28,671.95 |
| Account No.<br><br>Rynn & Janowswky, LLP<br>4100 Newport Place Drive, Suite 700<br>Newport Beach, CA 92660 | | | Representing:<br>Tom Lange Co. | | | | Notice Only |
| Account No.<br><br>Teeple Leonard & Erdman<br>175 W. Jackson Blvd., Suite 240<br>Chicago, IL 60604 | | | Representing:<br>Tom Lange Co. | | | | Notice Only |
| Account No. **xx2323**<br><br>Transit Service Inc.<br>PO Box 249<br>Paulsboro, NJ 08066 | - | | 2011<br>Trade Debt | X | X | X | 3,980.00 |
| Account No. **xxx3418**<br><br>Transportation Services, Inc.<br>915 Middle River Drive, #414<br>Fort Lauderdale, FL 33304 | - | | 2011<br>Trade Debt | X | X | X | 375.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            33,026.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.**                                    ,                Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BACCHUS** <br><br> **U. Bifulco & Sons Farms** <br> **590 Almond Rd** <br> **Pittsgrove, NJ 08318** | - | | 2011 <br> Trade Debt | X | X | X | 2,553.60 |
| Account No. <br><br> **U.S. Department of Agriculture** <br> **1400 Independence Ave., S.W.** <br> **Washington, DC 20250** | - | | BACCHUS <br> Listed for Notice Purposes | X | X | X | Unknown |
| Account No. **Bacchus** <br><br> **UGM Transport** <br> **590 Almond Road** <br> **Pittsgrove, NJ 08318** | - | | 2011 and prior years <br> Trade Debt | X | X | X | 13,610.00 |
| Account No. **xx0580** <br><br> **United Brokers** <br> **9208 South Cage Blvd, Suite A** <br> **Pharr, TX 78577** | - | | 2010 <br> Trade Debt | X | X | X | 26,672.87 |
| Account No. **xl007** <br><br> **Valper, S.A. de C.V.** <br> **Calle Circunvalacion #4 Block G B** <br> **Plan de La Laguna Antiguo, Cuscatlan** <br> **La Libertad, El Salvador** <br> **EL SALVADOR** | - | | 2010 <br> Trade Debt | X | X | X | 72,415.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,251.47**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bacchus Fresh International, Inc.**                                          ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Erin Kathryn Russell**<br>**505 N. Lake Shore Drive, Suite 2305**<br>**Chicago, IL 60611** | | | **Representing:**<br>**Valper, S.A. de C.V.** | | | | **Notice Only** |
| Account No.<br><br>**Stokes Law Office LLP**<br>**9155 South Dadeland Blvd**<br>**Dadeland Centre, Suite 1208**<br>**Miami, FL 33156-2737** | | | **Representing:**<br>**Valper, S.A. de C.V.** | | | | **Notice Only** |
| Account No. **x9489**<br><br>**Western Fresh Marketing Services, Inc.**<br>**PO Box 329**<br>**Madera, CA 93639-0329** | - | | **2010**<br>**Trade Debt** | X | X | X | **7,200.00** |
| Account No. **xxxxxxxxxx4183**<br><br>**XO Communications**<br>**8851 Sandy Pkwy**<br>**Sandy, UT 84070** | - | | **2011**<br>**Services** | X | X | X | **680.37** |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **7,880.37** |
| Total (Report on Summary of Schedules) | | **1,581,419.14** |

B6G (Official Form 6G) (12/07)

.

In re    **Bacchus Fresh International, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dan Development Ltd.**<br>**One Trans Am Plaza Dr., Suite 120**<br>**Oakbrook Terrace, IL 60181** | **Commercial Real Property Lease ending 2/2014** |
| **Mercedes Benz Credit**<br>**PO Box 685**<br>**Roanoke, TX 76262** | **Lease for 2010 Mercedes-Benz E350W4** |
| **Palestroni Management, LLC**<br>**333 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | **Commercial Real Property Lease Ending 1/2013** |
| **Pitney Bowes**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926** | **Postage Machine Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Bacchus Fresh International, Inc.**_____, Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hernan Brave**<br>**48 Buff Road**<br>**Tenafly, NJ 07670** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **David Esterline**<br>**1909 S. State Street, Unit 2**<br>**Chicago, IL 60616** | **Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** |
| **Robert Jajkowski**<br>**4 Black Twig Road**<br>**Rolling Meadows, IL 60008** | **BMW Bank of North America**<br>**Regional Service Center**<br>**PO Box 3608**<br>**Dublin, OH 43016** |
| **Robert Jajkowski**<br>**4 Black Twig Road**<br>**Rolling Meadows, IL 60008** | **Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  <u>Bacchus Fresh International, Inc.</u>                          Case No.  <u>                 </u>
Debtor(s)

Chapter  <u>7</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>  36  </u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>April 13, 2011</u>               Signature  <u>/s/ Robert M. Jajkowski</u>

                                                 Robert M. Jajkowski
                                                 President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bacchus Fresh International, Inc.                                   Case No.
                                    Debtor(s)          Chapter        7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,383,173.00 | 2009: Income |
| $12,698,522.68 | 2010: Gross Receipts |
| $619,587.99 | 2011: Gross Receipts |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

### 3. Payments to creditors

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Investigation Continuing | | $0.00 | $0.00 |

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Harris N.A. v. Bacchus Fresh International, Inc., et. al., Case No. 11-CV-1647 | Agricultural and Commodities Act | United States District Court, Northern District of Illinois | Pending |
| Agroexport, LLC v. Bacchus Fresh International, Inc., et. al., Case No. 11-CV-1654 | Agricultural and Commodities Act | United States District Court, Northern District of Illinois | Pending - TRO Entered |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Harris N.A. 111 West Monroe Street Chicago, IL 60690 | 3/2011 | Harris Checking Account - $268,674.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | 4/13/2011 - remitted by Nancy McGowan | $2,000.00 |

4

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Loberg, Miki & Associates, LLP<br>202A Campbell Street<br>Geneva, IL 60134 | 2010 and prior years |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| Harris N.A.<br>111 West Monroe Street<br>Chicago, IL 60690 | 11/2010 and prior months |

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Robert Jajkowski<br>4 Black Twig Road<br>Rolling Meadows, IL 60008 | President | 80% Sharholder |
| David Esterline<br>1909 S. State Street, Unit 2<br>Chicago, IL 60616 | Secretary | 20% Shareholder |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Best Case Bankruptcy

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 13, 2011                    Signature   /s/ Robert M. Jajkowski
                                                      Robert M. Jajkowski
                                                      President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    Bacchus Fresh International, Inc.          Case No.

Debtor(s)     Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a minimum fee of | $ | 2,000.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | unknown* |

*plus additional amounts due per hourly fee schedule

2.   The source of the compensation paid to me was:

     ☐ Debtor     ☒ Other (specify):    Nancy McGowan

3.   The source of compensation to be paid to me is:

     ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        All service required by Chapter 7 Debtor.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 13, 2011          /s/ Gregory K. Stern
                                          Gregory K. Stern 6183380
                                          Gregory K. Stern, P.C.
                                          53 West Jackson Boulevard
                                          Suite 1442
                                          Chicago, IL 60604
                                          (312) 427-1558  Fax: (312) 427-1289

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bacchus Fresh International, Inc.                      Case No.

                                      Debtor(s)       Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          112

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April 13, 2011                     /s/ Robert M. Jajkowski

                                         Robert M. Jajkowski/President
                                         Signer/Title

3 Brothers Produce
200 S. 10th Street #1608
McAllen, TX 78501


A & G Carriers
593 Blackwood Clementon Road
Suite 150
Clementon, NJ 08021


ADP
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


ADT
600 Sylvan Ave, 4th Floor
Englewood Cliffs, NJ 07632


Advance Business Capital LLC
PO Box 610028
Dallas, TX 75261


Agricola y Comercial Cabilfrut S.A.
Americo Vespucio Norte 2229
Santiago, Chile
CHILE


Agroexport LLC
9800 S. Keystone Dr.
Pharr, TX 78577


Alpine Water
PO Box 94436
Las Vegas, NV 89193


Amazon Produce Network, LLC
546 Franklinville Road
Mullica Hill, NJ 08062


Araya & Cia
Cruz del Sur 133, Oficina 902
Las Condes, Santiago, Chile
CHILE

AT&T
PO Box 1829
Alpharetta, GA 30023


AW Produce Co, Inc.
2300 Votech Dr.
Weslaco, TX 78598


B D Tropical, Inc.
3002 Santa Lydia
Mission, TX 78572


Bank of America
PO Box 982238
El Paso, TX 79998


Barthco International, Inc.
The Navy Yard
5101 S. Broad Street
Philadelphia, PA 19112


Bestway Transportation, Inc.
PO Box 195
Plymouth, OH 44865


Bifulcos Four Seasons Cold Storage
590 Almond Road
Pittsgrove, NJ 08318


Blue Book Services
845 E. Geneva Rd.
Geneva, IL 60138


BMW Bank of North America
Regional Service Center
PO Box 3608
Dublin, OH 43016


Buckboard Produce, LLC
608 9th Street
Greeley, CO 80631


C & A Truck Brokerage, Inc.
8000 E. Trenton Rd.
Edinburg, TX 78539

C.I. Wolf & Wolf Latin America Ltda.
Diagonal 127 A No. 20-31, Oficina 204
Bogota, D.C. Colombia
COLOMBIA


Carapella Enterprises, Inc.
1515 Rosalie Avenue
Bensalem, PA 19020


Carrier Equipment, Inc.
915 Middle River Drive #414
Fort Lauderdale, FL 33304


Chapman & Cutler LLP
111 West Monroe Street, Suite 1600
Chicago, IL 60603


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Cohn Produce Company, Inc.
1354 Harpers Lane
Huntingdon Valley, PA 19006


Colimex, Inc.
PO Box 899
Weslaco, TX 78599


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Computer View
2035 S. Arlington Heights Rd., Suite 121
Arlington Heights, IL 60005


Continental Fresh LLC
PO Box 1017
San Antonio, TX 78294


Copefrut S.A.
Logitudinal Sur Km. 185
Casilla 22 D Curicó Chile
CHILE

Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, TX 78218


Crystal Rock
PO Box 10028
Waterbury, CT 06725


Dan Development Ltd.
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL 60181


Dandrea Produce, Inc.
3665 N. Mill Road
Vineland, NJ 08360


David Esterline
1909 S. State Street, Unit 2
Chicago, IL 60616


Delta Produce
2001 S. Laredo St.
San Antonio, TX 78207


Duda Farm Fresh Foods, Inc.
PO Box 620257
Oviedo, FL 32762


Empacadora Mavi, S.A. de C.V.
Seccion Escobedo Apdo. Postal #175
Montemorelos NUEVO LEON
MEXICO


Empire Produce, USA, LLC
200 N. McColl Rd., Suite B
McAllen, TX 78501


Erin Kathryn Russell
505 N. Lake Shore Drive, Suite 2305
Chicago, IL 60611


Export Transport Company
136 Mohawk Street
Newark, NJ 07114

FedEx Corp. Revenue Services
3965 Airways
Module G
Memphis, TN 38116


Frusol
40 Wynford Drive, Suite 201
Toronto, Ontario M3C 1J5
CANADA


Frutas Piuranas SAC
Mx. A. Lote Urb San Eduardo
Piura PAITA
PERU


Garcia Ballester, S.L.
Partida Vintims S/N
12530 Burriana (Castellon)
Spain
SPAIN


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


Harris N.A.
111 West Monroe Street
Chicago, IL 60690


Harris N.A.
PO Box 0755
Chicago, IL 60690-0755


Hellmann Perishable Logistics
10450 Doral Blvd
Miami, FL 33178


Holt Logistics Corp./Gloucester Terminal
101 S. King St.
Gloucester City, NJ 08030


Illinois Department of Employment Sec.
33 South State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Jerue Truck Broker Inc.
3200 Flightline Dr., Suite 202
Lakeland, FL 33811


JTP Management
800 Ellis Mill Road
Glassboro, NJ 08028


Krichmar Produce Co.
1370 S. Main Rd. PMB 135
Vineland, NJ 08360


La Esperanza Exportaciones SA de CV
Calzada del valle #400 despacho 1214
San Pedro Garza Garcia
Nuevo Leon, Mexivo CP. 66220
MEXICO


Lenk Transporation
PO Box 726
Benton Harbor, MI 49023


Loberg, Miki & Associates, LLP
202A Campbell Street
Geneva, IL 60134


Loop Cool Storage
4001 Ursula Avenue
McAllen, TX 78503


Lucca Freezer & Cold Storage, Inc.
2321 Industrial Way
Vineland, NJ 08360

Lucca Trucking, LLC
2321 Industrial Way
Vineland, NJ 08360


M & M West Coast Produce, Inc.
18911 Portola Drive, Suite C
Salinas, CA 93908


Mapfre
Carretera de Pozuelo
52-2822 Majadahonda Madrid
Spain
SPAIN


Martex Farms, SE
PO Box 3402
Carolina, PR 00984


MBG Marketing, Inc.
6940 9th Street South
Saint Petersburg, FL 33705


McAllen Tropicpak, Inc.
6513 South 27th Street
McAllen, TX 78503


McDaniel Fruit Co.
PO Box 2588
Fallbrook, CA 92088


Mercedes Benz Credit
PO Box 685
Roanoke, TX 76262


Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


Mex Flores Produce Co., Inc.
2216 Silver St.
Houston, TX 77007


Michael J. Keaton, Esq.
1278 W. Northwest Hwy, Suite 903
Palatine, IL 60067

Mike's Loading Service, Inc.
1802 S. Expressway 281
Edinburg, TX 78539


New Jersey Dept. Agriculture
PO Box 330
Trenton, NJ 08625


New Mundoexport Fruits, Inc.
PO Box 8906
Hidalgo, TX 78557


Norris McLaughlin & Marcus, P.A
721 Route 202-206
Bridgewater, NJ 08807


OHL-International
7101 Executive Center Drive, Suite 333
Brentwood, TN 37027


Palestroni Management, LLC
333 Sylvan Avenue
Englewood Cliffs, NJ 07632


Philadephia Cargo
108 N. Keswick Ave.
Glenside, PA 19038


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926


Plantation Produce Co.
805 Trinity St.
Mission, TX 78572


Produce Inspectors
8500 NW 17 Street, Suite 105
Doral, FL 33126


Produce Plus
8 Greenwood Ave.
Romeoville, IL 60446

Queiroz Galvao Alimentos S.A.
Rua Padre Carapuceiro, 733 - 6 andar
Ed. Empresarial Center - Boa Viagem
Recife-PE-Brazil CEP 51 CEP: 20040-901
BRAZIL


RCF Produce, Inc.
6500 S. 23rd Suite 12
McAllen, TX 78503


Rio Queen Citrus, Inc.
4012 E. Goodwin Rd.
Mission, TX 78574


Rynn & Janowswky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660


Sam Patterson Truck Brokers, Inc.
PO Box 3838
Plant City, FL 33563


San Clemente
Av. del Valle N 787, Of. 503
Ciudad Empresarial, Huechuraba, Santiago
CHILE


Sanchez Hass Avocados, Corp.
6800 S. Ware Road #104
McAllen, TX 78503


Schepisi & McLaughlin P.A.
PO Box 1313
Englewood Cliffs, NJ 07632


Seald Sweet LLC
PO Box 823383
Philadelphia, PA 19182


SGA Collections
4700 NW Boca Raton Blvd, Suite 201
Boca Raton, FL 33431

Sociedad Agricola Saturno S.A.
Av Salaverry #3555
San Isidro LIMA
PERU


Stokes Law Office LLP
9155 South Dadeland Blvd
Dadeland Centre, Suite 1208
Miami, FL 33156-2737


Sun Tropical Foods, LLC
14607 Sand Pedro Suite 820
San Antonio, TX 78232


Taga Distributing
923 E. Produce Rd.
Hidalgo, TX 78557


Teeple Leonard & Erdman
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604


Time Dispatch Services, Inc.
PO Box 26855
Salt Lake City, UT 84126


Tom Lange Co.
16W277 83rd Street, Suite A
Burr Ridge, IL 60527-7951


Transit Service Inc.
PO Box 249
Paulsboro, NJ 08066


Transportation Services, Inc.
915 Middle River Drive, #414
Fort Lauderdale, FL 33304


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


U. Bifulco & Sons Farms
590 Almond Rd
Pittsgrove, NJ 08318

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250


UGM Transport
590 Almond Road
Pittsgrove, NJ 08318


United Brokers
9208 South Cage Blvd, Suite A
Pharr, TX 78577


Valper, S.A. de C.V.
Calle Circunvalacion #4 Block G B
Plan de La Laguna Antiguo, Cuscatlan
La Libertad, El Salvador
EL SALVADOR


Western Fresh Marketing Services, Inc.
PO Box 329
Madera, CA 93639-0329


XO Communications
8851 Sandy Pkwy
Sandy, UT 84070

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bacchus Fresh International, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bacchus Fresh International, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 13, 2011

Date

/s/ Gregory K. Stern

Gregory K. Stern 6183380

Signature of Attorney or Litigant

Counsel for   Bacchus Fresh International, Inc.

Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289